IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HSBC Bank USA, NA as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust 2006-2,<br>**Plaintiff,**<br><br>v.<br><br>Nancy J. Nicol,<br>**Defendant.** | Case No: 11-cv-06163<br><br>Judge: Honorable Judge Kendall |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES Plaintiff, HSBC Bank USA, NA as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust 2006-2, by and through its attorney, Megan C. Adams, and requests a Judgment of Foreclosure and Sale be entered. In support thereof, Plaintiff states as follows:

1. On July 27, 2012 this Court granted Plaintiff's Motion for Judgment on the Pleadings.
2. For reasons unknown, a judgment of foreclosure and sale was not entered pursuant to the July 27, 2012 ruling.
3. To proceed with the sale of this Property, Plaintiff needs a Judgment of Foreclosure and Sale.

WHEREFORE, Plaintiff requests the Court enter a Judgment of Foreclosure and Sale pursuant to the July 27, 2012 ruling in favor of Plaintiff. Plaintiff will provide a proposed Judgment based on the affidavits already on the record.

Respectfully submitted,

*/s/ Megan Christine Adams*

Potestivo & Associates, P.C.
Megan C. Adams (ARDC#6312221)
223 West Jackson Blvd., Suite 610
Chicago, IL 60606
madams@potestivolaw.com